## MOTION DOCKET

**96–1997. State ex rel. Rea v. Ohio Dept. of Edn.**
In Mandamus. On motion for attorney fees. Motion granted.
> MOYER, C.J., and COOK, J., dissent.
> LUNDBERG STRATTON, J., dissents for the reasons stated in her dissenting opinion in *State ex rel. Rea v. Ohio Dept. of Edn.* (1998), 81 Ohio St.3d 527, 534–542, 692 N.E.2d 596, 603–608.

**97–1920. Gen. Dynamics Land Sys., Inc. v. Tracy.**
Board of Tax Appeals, Nos. 95–A–443 and 95–A–444. On motion for admission *pro hac vice* of Paul M. Smith. Motion granted.

**97–2341. Sudnek v. Klein.**
Geauga App. No. 96–G–2018. On motion to strike appellee's merit brief appendix and second supplement. Motion denied.

**97–2730. State v. Smith.**
Butler App. No. CA97–01–011. On motion to strike appellee's merit brief in part. Motion denied.

**98–206. Sasaki v. McKinnon.**
Cuyahoga App. No. 71941. On motion for leave to intervene of ABS Industries, Inc., William J. McCarthy, and David C. Dean; and on motion for admission *pro hac vice* of Edwin A. McCabe, Philip Y. Brown, and Larry R. Tipton. Motions denied.

**98–411. State ex rel. Lee v. Trumbull Cty. Probate Court.**
Trumbull App. No. 97–T–150. This cause is pending before the court as an appeal from the Court of Appeals for Trumbull County. Upon consideration of the motion of Robert S. McGeough and Angela M. Battaglia to withdraw as counsel of record for appellant and the motion of Wiley Dinsmore and Mark A. Vanderlaan to be substituted as counsel for appellant,
> IT IS ORDERED by the court that the motion be, and hereby are, granted.

**98–677. State v. Cooper.**
Montgomery App. No. 16095. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decision in 97–1778, *State v. Rush,* Stark App. No. 96CA419; briefing schedule stayed.
> COOK, J., dissents.

**98–960. State v. Goode.**
Miami App. No. 97CA14. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed and cause consolidated with 98–934, *infra.*

**98–1084. State v. Robinson.**
Cuyahoga App. No. 72320. On motion for leave to file delayed appeal. Motion denied.
> PFEIFER and LUNDBERG STRATTON, JJ., dissent.